FILED
2009 SEP 30 PM 4:31

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09 **CR09- 01001** |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B): Possession of Child Pornography] |
| JOHN DEEGAN, ) | |
| Defendant. ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

In or about January 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN DEEGAN knowingly received, onto his Compaq SR1215CB computer, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed or, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by

1  any means, including by computer, knowing that the images were
2  child pornography.

COUNT TWO

[18 U.S.C. § 2252A(a)(5)(B)]

On or about March 27, 2009, in Los Angeles County, within the Central District of California, defendant JOHN DEEGAN knowingly possessed a Compaq SR5310F computer that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

*(signature)*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section


JOEY L. BLANCH
Assistant United States Attorney
Deputy Chief, General Crimes Section